IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLINTELL COTHRAN**                                                                                    **PLAINTIFF**

v.                              **CASE NO. 3:23-CV-00102-BSM**

**FIRST BAPTIST CHURCH
OF JONESBORO,** *et al.*                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE